Probation Form No. 35
(5/00)

Report and Order Terminating Probation
or Supervised Release
Before Original Expiration Date

## United States District Court
## for the
## District of New Jersey

United States of America

    versus

Ronald Spivey

Criminal Case: 02-cr10-02

    On September 12, 2005, this defendant was placed on supervised release for a term of three (3) years. The defendant has complied with the court's restrictions and no longer needs supervision. I recommend that this person be discharged from supervised release.

Respectfully submitted,

*[signature]*

Sheri Hartwell
United States Probation Officer

### Order of Discharge

    On the probation officer's recommendation, the defendant is discharged from supervised release, and these proceedings are terminated.

Signed _____, 20 _____, at Newark, New Jersy.

10/20/06

Katharine S. Hayden
United States District Judge